UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BOB ROSS PETERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. 2:16-cv-01531 JRC<br><br>ORDER TO SHOW CAUSE WHY MOTION FOR *IN FORMA PAUPERIS* SHOULD NOT BE DENIED |

This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g). To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $400.00 or file a proper application to proceed *in forma pauperis*.

On September 30, 2016, plaintiff filed his Declaration and Application to Proceed *in Forma Pauperis* and Written Consent for Payment of Costs. Plaintiff's application contains many redactions and it is unclear to the Court whether or not he would qualify for *in forma pauperis* status. It appears that plaintiff may have altered the amounts reported in various areas,

1  such as in bank accounts, in order to remove some funds from this Court's consideration.
2  However, the amounts reported on the *in forma pauperis* application must accurately reflect the
3  relevant amounts. Therefore, plaintiff is ordered to provide a clear and complete amended
4  application to proceed *in forma pauperis* by October 21, 2016 or pay the filing fee in order to
5  proceed with this matter. Failure to provide an amended application or show cause may result in
6  a Report and Recommendation to deny plaintiff's application to proceed *in forma pauperis*.
7      Dated this 6th day of October, 2016.

                            J. Richard Creatura
                            United States Magistrate Judge