UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BOB ROSS PETERSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 2:16-cv-01531 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation [Dkt. #7], and plaintiff's application to proceed *in forma pauperis* is denied.

(2) Plaintiff is directed to pay the filing fee of $400.00 within 30 days of this order or the case will be dismissed.

(3) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 21st day of November, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1