UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOB ROSS PETERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 2:16-cv-01531 RBL JRC<br><br>REPORT AND RECOMMENDATION ON UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on plaintiff's unopposed motion for dismissal with prejudice and without costs. (Dkt. 20.)

After reviewing plaintiff's unopposed motion and the relevant record, the undersigned recommends that the Court grant plaintiff's motion, and dismiss this case with prejudice and without costs.

1   Given the facts and the parties' agreement, the Court recommends that the District Judge
2   immediately approve this Report and Recommendation and order the case be **dismissed with**
3   **prejudice and without costs**.
4   Dated this 14th day of July, 2017.

_____
J. Richard Creatura
United States Magistrate Judge