UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BOB ROSS PETERSON,

            Plaintiff,

    v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

            Defendant.

CASE NO. 2:16-cv-01531 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation [Dkt. #21] and orders the case be **dismissed with prejudice and without costs**; and

    (2)    The Clerk is directed to enter **JUDGMENT** for defendant, and the case should be closed.

Dated this 17th day of July, 2017.

*[signature]*

Ronald B. Leighton
United States District Judge